IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

VS.                               CR. NO. 5:98CR50004-001

JOSE MEJIA,
    Defendant.

## ORDER FOR REMISSION OF FINE

Now on this 22nd day of June, 2006, comes on to be considered the Government's Petition for Remission of Fine. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. On July 8, 1998, Defendant was sentenced to one hundred and eight months incarceration, a $4,000.00 fine and a $100.00 special assessment.

2. The Government moves to remit Defendant's fine pursuant to 18 U.S.C. § 3573, which provides:

> Upon petition of the Government showing that reasonable efforts to collect a fine...
> are not likely to be effective, the court may, in the interest of justice - -

3. The Government states that the Defendant was deported on January 17, 2006, and that there is no reasonable likelihood that the fine can be collected.

4. Upon due consideration, the Government's Petition for Remission of Fine is hereby granted and Defendant's fine is remitted.

IT IS SO ORDERED.

                                              /s/Jimm Larry Hendren
                                              HONORABLE JIMM LARRY HENDREN
                                              CHIEF U. S. DISTRICT JUDGE